AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 20-60004-TP-SMITH |
| | ) | |
| Edgardo Baez-Davila | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

Place: 299 EAST BROWARD BLVD FORT LAUDERDALE, FL 33301

Courtroom No.: 202-A

Date and Time: WEDNESDAY MARCH 11, 2020 AT 11 A.M.

This offense is briefly described as follows:

1. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer.
2. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer.
3. **Violation of Standard Condition**, by failing to notify the probation office of a change in residence.
4. **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month.
5. **Violation of Special Condition**, by failing to perform community service hours as directed.

Date: FEB 26, 2020

*Issuing officer's signature*

DEPUTY CLERK (AARON TIJERINO)
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 3/3/20

*Server's signature*

Lynette Herrera, Sr. USPO
*Printed name and title*